STATE OF CONNECTICUT *v.* LARSON JACKSON
(8185)

SPALLONE, DALY and NORCOTT, Js.

Argued January 5—decision released February 1, 1990

*Michael A. Fitzpatrick,* special public defender, for the appellant (defendant).

*Richard F. Jacobson,* assistant state's attorney, with whom were *Donald A. Browne,* state's attorney, and *C. Robert Satti, Jr.,* assistant state's attorney, for the appellee (state).

PER CURIAM. The defendant appeals his conviction, after a jury trial, of violation of the state dependency producing drug law; General Statutes § 21a-278 (b); and claims that the trial court committed reversible error denying his motion to suppress illegally seized evidence.

Our review of the record and briefs, in light of our holdings in *State* v. *Oliver,* 17 Conn. App. 108, 550 A.2d 316 (1988); *State* v. *Rodriguez,* 14 Conn. App. 574, 542 A.2d 342 (1988); and *State* v. *Williamson,* 10 Conn. App. 532, 524 A.2d 655, cert. denied, 204 Conn. 801, 525 A.2d 965 (1987); clearly indicates that the defendant's averment of error is without merit.

There is no error.